AO 245H (WDNC Rev. 4/04) Judgment in a Criminal Case for a Petty Offense (Short Form) Sheet1


FILED IN COURT
ASHEVILLE, N.C.

JUL 26 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

# United States District Court
### For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

CHANCE K. WAYNE

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:17-po-4

Fredilyn Sison
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1,3
☐ pleaded guilty to violation(s) Enter Counts
☐ pleaded not guilty to count(s) Enter Counts
☐ pleaded not guilty to violation(s) Enter Counts

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 38 CFR 1.218(a) and 1.218(b)(11) | Willfully Commit Act of Disorderly Conduct | 7/19/2017 | 1 |
| 38 CFR 1.218(a) and 1.218(b)(2) | Willfully Spit on Property of the United States | 7/7/2017 | 3 |

☒ Count 2 is dismissed on the motion of the United States.
☐ Violation Notice(s) Enter Counts (is)(are) dismissed on the motion of the United States.
☐ Found not guilty as to: Enter Counts

**IMPOSITION OF SENTENCE:**

That the defendant be imprisoned for a period of TIME SERVED.
All monies STRICKEN.

Date of Imposition of Sentence: 7/26/2017

*[signature]*

Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal